UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Jyco Sealing Technologies, Inc.

            v.                              Civil No. 05-cv-410-PB

Robert Dion, et al


ORDER OF DISMISSAL


In accordance with the provisions of Local Rule 41.1, as neither an agreement for

judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with

prejudice.

SO ORDERED.

April 12, 2006                                      _____/s/ Paul Barbadoro_____
                                                   Paul Barbadoro
                                                   United States District Judge


cc:     Mark J. Gardner, Esq.
        Cameron G. Shilling, Esq.
        Carey Jordan, Esq.
        Christina Espinosa Rodriguez, Esq.
        Corey Tumey, Esq.
        Scott F. Partridge, Esq.
        Steven E. Grill, Esq.